# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

CEAZAR ANTWON ABERNATHY,

       Petitioner,                Case No. 16-cv-14212
                                            Hon. Matthew F. Leitman

v.

SHERMAN CAMPBELL,

       Respondent.

_____/

## JUDGMENT

The above entitled action came before the Court on a petition for a writ of habeas corpus. In accordance with the Order entered on January 31, 2020:

**IT IS ORDERED AND ADJUDGED** that the petition for writ of habeas corpus is **DENIED**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

**IT IS FURTHER ORDERED** that permission to appeal *in forma pauperis* is **GRANTED**.

                                            DAVID J. WEAVER
                                            CLERK OF THE COURT

                                            By: s/Holly A. Monda
                                            Deputy Clerk

Approved:

s/Matthew F. Leitman                        Dated: February 3, 2020
Matthew F. Leitman                         Flint, Michigan
United States District Court